UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.:  5:18CR01

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>(1) BARRY OSBORNE )<br>(2) AUTUMN BUCKLAND )<br>       ) | UNDER SEAL<br>**ORDER TO SEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through R. Andrew Murray,

United States Attorney for the Western District of North Carolina, for an order directing that the

Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature

of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be

sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the 22nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE